Mark A. Hutchison (4639)
Ariel C. Johnson (13357)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Tel: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
ajohnson@hutchlegal.com

Timothy Sperling (Admitted *Pro Hac Vice*)
HUTCHISON & STEFFEN, PLLC
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Tel:    (312) 641-3200
Fax:    (312) 641-6492
tsperling@sperling-law.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW and KATHERINE MADDOX, a married couple,<br><br>Plaintiff,<br><br>vs.<br><br>SASHA ADLER, an individual; SASHA ADLER DESIGN, LLC; DOES I-X; ROE CORPORATIONS XI-XX,<br><br>Defendants. | CASE NO.:  2:23-cv-00535<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Matthew Maddox and Katherine Maddox ("Plaintiffs") and Defendants Sasha Adler and Sasha Adler Design, LLC ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1

**IT IS HEREBY STIPULATED AND AGREED** that Defendants' lead counsel, Timothy Sperling, Esq., recently learned that a close family friend has passed away.  Mr. Sperling is planning to attend the funeral services which are set to begin Monday, May 15, 2023, with Shiva to begin that same evening.  As such, Mr. Sperling will be unavailable to assist in preparing the Reply in support of Defendants' Motion to Dismiss ("Reply") during that time.

**IT IS HEREBY FURTHER STIPULATED** that, given the close proximity of the funeral and Shiva services to Defendants' current Reply deadline, Plaintiffs agree as a professional courtesy to Defendants' counsel that the current deadline to file Defendants' Reply, set for May 16, 2023, shall be extended until May 18, 2022.

DATED this 11th day of May, 2023.

PISANELLI BICE, PLLC

*/s/ Jorden T. Smith*
_____
Todd L. Bice, Esq. (4354)
Jordan T. Smith, Esq. (12097)
Brianna Smith, Esq. (11795)
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Plaintiffs Matthew and Katherine Maddox*

DATED this 11th day of May, 2023.

HUTCHISON & STEFFEN, PLLC

*/s/ Ariel C. Johnson*
_____
Mark A. Hutchison (4639)
Ariel C. Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Timothy Sperling (Admitted *Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603

*Attorneys for Defendants Sasha Adler and Sasha Adler Design, LLC*

2

<u>**ORDER**</u>

**IT IS HEREBY ORDERED** that, based upon the parties' stipulation, Defendants Sasha Adler and Sasha Adler Design, LLC shall have until May 18, 2023, to file their Reply in support of their Motion to Dismiss.

Dated this ___ day of May, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  12th day of May, 2023.

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

/s/ Ariel C. Johnson
_____
Mark A. Hutchison (4639)
Ariel C. Johnson (13357)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Timothy Sperling (Admitted *Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603

*Attorneys for Defendants Sasha Adler and*
*Sasha Adler Design, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, PLLC and that on the 11th day of May, 2023, I caused the above and foregoing document entitled **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/    Kaylee Conradi*
An employee of Hutchison & Steffen, PLLC