Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

*Attorneys for Plaintiffs*
*Matthew Maddox and Katherine Maddox*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW and KATHERINE MADDOX, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>SASHA ADLER, an individual; SASHA ADLER DESIGN, LLC; DOES I-X; ROE CORPORATIONS XI-XX.<br><br>Defendants. | Case No.: 2:23-cv-00535-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS AND EXTEND ASSOCIATED BRIEFING DEADLINES**<br><br>**(Second Request)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiffs Matthew and Katherine Maddox ("Plaintiffs") and Defendants Sasha Adler and Sasha Adler Design, LLC ("Defendants"), by and through their respective undersigned counsel, hereby stipulate to the following briefing schedule on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 43), filed February 22, 2024; and in support thereof, state and stipulate as follows:

1. On January 25, 2024, Plaintiffs filed their First Amended Complaint alleging claims under the Nevada Deceptive Trade Practices Act.  (ECF No. 37.)

2. On February 22, 2024, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint. (ECF No. 43.)

3. Plaintiffs' Response to Defendants' Motion to Dismiss is presently due March 7, 2024.

4. Plaintiffs seek additional time to respond to the Motion to Dismiss because Plaintiffs' counsel has had an unexpected death in the family, and the deadline for the filing of the Response to the Motion to Dismiss is scheduled when the undersigned will be traveling for and attending the funeral service.

5. The parties have also agreed to extend additional time to Defendants to file their Reply in support of their Motion to Dismiss due to pre-scheduled family commitments over the new reply deadline that cannot be rescheduled.

6. Therefore, the parties have agreed to extend the deadline to file Plaintiffs' Response to Defendants' Motion to Dismiss from March 7, 2024 to March 22, 2024.

7. The parties have further agreed to extend the deadline for Defendants to file their Reply in support of their Motion to Dismiss to April 11, 2024 in light of Defendants' counsel's family commitments.

8. This briefing schedule is not proposed for purposes of delay but rather to accommodate extenuating circumstances.

DATED this 29th day of February 2024.

PISANELLI BICE PLLC

By: */s/ Brianna Smith*
    Todd L. Bice, Esq., Bar No. 4534
    Jordan T. Smith, Esq., Bar No. 12097
    Brianna Smith, Esq., Bar No. 11795
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiffs*

DATED this 29th day of February 2024.

HUTCHISON & STEFFEN, PLLC

By: */s/ Ariel Johnson*
    Mark A. Hutchison, Esq., Bar No. 4639
    Ariel Johnson, Esq., Bar No. 13357
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada 89145

    Timothy Sperling, Esq. (*pro hac vice*)
    SPERLING & SLATER, P.C.
    55 West Monroe, Suite 3200
    Chicago, Illinois 60603
    *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

DATED: March 1, 2024