```
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100
```

*Attorneys for Plaintiffs*
*Matthew Maddox and Katherine Maddox*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW and KATHERINE MADDOX, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>SASHA ADLER, an individual; SASHA ADLER DESIGN, LLC; DOES I-X; ROE CORPORATIONS XI-XX.<br><br>Defendants. | Case No.: 2:23-cv-00535-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS AND EXTEND ASSOCIATED BRIEFING DEADLINES**<br><br>**(Third Request)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiffs Matthew and Katherine Maddox ("Plaintiffs") and Defendants Sasha Adler and Sasha Adler Design, LLC ("Defendants"), by and through their respective undersigned counsel, hereby stipulate to the following briefing schedule on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 43), filed February 22, 2024; and in support thereof, state and stipulate as follows:

1. On January 25, 2024, Plaintiffs filed their First Amended Complaint alleging claims under the Nevada Deceptive Trade Practices Act.  (ECF No. 37.)

2. On February 22, 2024, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint. (ECF No. 43.)

3. Plaintiffs' Response to Defendants' Motion to Dismiss is presently due March 22, 2024. (ECF No. 45.)

4. Plaintiffs seek just one additional week of time to respond to the Motion to Dismiss because Plaintiffs' counsel has had an unexpected death in the family which required several out-of-state trips. Despite best efforts to maintain the current deadline, additional time is needed to complete the Response to the Motion to Dismiss while addressing pressing family matters.

5. The parties have agreed to extend the deadline one additional week to file Plaintiffs' Response to Defendants' Motion to Dismiss from March 22, 2024 to March 29, 2024.

6. The parties have further agreed to extend the deadline one additional week for Defendants to file their Reply in support of their Motion to Dismiss to April 18, 2024 in light of Plaintiffs' requested extension.

7. This briefing schedule is not proposed for purposes of delay but rather to accommodate extenuating circumstances. Plaintiffs do not anticipate needing any additional extensions related to its forthcoming response.

DATED this 18th day of March 2024.

PISANELLI BICE PLLC

By: /s/ Brianna Smith
Todd L. Bice, Esq., Bar No. 4534
Jordan T. Smith, Esq., Bar No. 12097
Brianna Smith, Esq., Bar No. 11795
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 18th day of March 2024.

HUTCHISON & STEFFEN, PLLC

By: /s/ Timothy Sperling
Mark A. Hutchison, Esq., Bar No. 4639
Ariel Johnson, Esq., Bar No. 13357
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Timothy Sperling, Esq. (*pro hac vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, Illinois 60603
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

DATED: March 19, 2024