Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Brianna Smith, Esq., Bar No. 11795
BGS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
*Attorneys for Plaintiffs*
*Matthew Maddox and Katherine Maddox*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW and KATHERINE MADDOX, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>SASHA ADLER, an individual; SASHA ADLER DESIGN, LLC; DOES I-X; ROE CORPORATIONS XI-XX.<br><br>Defendants. | Case No. 2:23-cv-00535-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Matthew and Katherine Maddox and Defendants Sasha Adler and Sasha Adler Design, LLC, by and through their respective undersigned counsel, hereby stipulate to dismiss the case, with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 31st day of January, 2025.

By: */s/ Brianna Smith*
Brianna Smith, Esq., Bar No. 11795
PISANELLI BICE PLLC
*Attorneys for Plaintiffs*

By: /s/ *Timothy Sperling*
Timothy Sperling, Esq. (*pro hac vice*)
SPERLING KENNY NACHWALTER

Ariel Johnson, Esq., Bar No. 13357
HUTCHISON & STEFFAN
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
Hon. Richard F. Boulware
United States District Court Judge

DATED: February 4, 2025